IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| LEONARD EUGENE KEEN, #907206 | § | |
| VS. | § | CIVIL ACTION NO. 6:06cv47 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the petition for a writ of habeas corpus should be dismissed as time-barred. The Petitioner has filed objections.

The Report and Recommendation of the Magistrate Judge, which contain his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Petitioner, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. The Petitioner argued in his objections that the deadline for him to file the present petition should have been tolled because the state courts would not provide him with a free copy of his trial records to prepare a petition for a writ of habeas corpus. The Report and Recommendation correctly explained that he was not entitled to a free copy of his state court records in order to prepare a petition for a writ of habeas corpus. The objections lack merit, therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the petition for a writ of habeas corpus is **DENIED** and the case is **DISMISSED** with prejudice.  It is further

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 9th day of March, 2006.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**